# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Enrique Acuna-Ramos,<br>a.k.a.: Luis Enrique Acuna Ramos,<br>a.k.a.: Saul Romo Rosales,<br>(A 077 136 768)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 16-6505MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 8, 2012, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Enrique Acuna-Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 3, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 8, 2012, Luis Enrique Acuna-Ramos was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Acuna-Ramos was examined by ICE Officer R. Bakous who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 3, 2016, Acuna-Ramos was released from the Lewis State Prison and transported to the Phoenix ICE office for further investigation and processing. Acuna-Ramos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Luis Enrique Acuna-Ramos to be a citizen of Mexico and a previously deported criminal alien. Acuna-Ramos was removed from the United States to Mexico through Nogales, Arizona, on or about August 3, 2011,

1

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Acuna-Ramos in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Acuna-Ramos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Enrique Acuna-Ramos was convicted of Possession of Drug Paraphernalia, a felony offense, on February 8, 2011, in the Superior Court of Arizona, Maricopa County. Acuna-Ramos was sentenced to one (1) year of incarceration. Acuna-Ramos' criminal history was matched to him by electronic fingerprint comparison.

5. On November 3, 2016, Luis Enrique Acuna-Ramos was advised of his constitutional rights. Acuna-Ramos freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 8, 2012, Luis Enrique Acuna-Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 3, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 4th day of November, 2016.

David K. Duncan,
United States Magistrate Judge

3